IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NEAL SERRANO, | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 15-2816 |
| CAROLYN W. COLVIN, | : |
| COMMISSIONER SOCIAL SECURITY | : |
| ADMINISTRATION | : |

**ORDER**

AND NOW, this 30th day of January, 2017, upon consideration of plaintiff's brief and statement of issues in support of request for review (Dkt. No. 10), defendant's response to request for review of plaintiff (Dkt. No. 11), and after review of the January 10, 2017 report and recommendation of United States Magistrate Judge Henry S. Perkin (Dkt. No. 13), it is ORDERED as follows:

1. The report and recommendation is APPROVED and ADOPTED.

2. The relief sought by plaintiff is GRANTED in part and the case is REMANDED to the Commissioner of Social Security pursuant to the fourth sentence of 42 U.S.C. § 405(g), and in accordance with the report and recommendation.

3. In all other respects, plaintiff's request for relief is DENIED.

It is FURTHER ORDERED that the Clerk of Court shall CLOSE this matter statistically.

                                                                       */s/ Thomas N. O'Neill, Jr.*
                                                                        THOMAS N. O'NEILL, JR., J.